**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

      v.                            Criminal No. 10-mj-40-02-JRM

<u>Norman Ronald Howard</u>

**O R D E R**

    Defendant, by his counsel, has moved for a determination of mental competency pursuant to 18 U.S.C. § 4241 and § 4247. Based upon defense counsel's representations as to defendant's interactions with her, and his prior mental history reported to her, I find reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect that could affect his competency to stand trial.

    Pursuant to 18 U.S.C. § 4241(b) and 4247(b), the defendant is committed to the custody of the Attorney General for a period not to exceed thirty days for placement in a suitable facility where an examination of the defendant's mental condition can be conducted. The director of the facility may apply for a reasonable extension as provided by 18 U.S.C. § 4247(b). The examining officials shall prepare a report of their findings

1

pursuant to 18 U.S.C. § 4247(b), which report shall be filed with this court. The Court requests prior notification of the date of the defendant's return to this jurisdiction after the examination so that a prompt competency hearing and detention hearing may be held.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: May 25, 2010

cc:   William E. Morse, AUSA
      Jessica C. Brown, Esq.
      U.S. Marshal
      U.S. Probation